IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| JOHN ALLEN HALL | § | |
| | § | |
| v. | § | 1:14-CV-417 |
| | § | |
| CHRISTOPHER JON PALLONE | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF
## UNITED STATES MAGISTRATE JUDGE

The court has received and considered the report and recommendation of the magistrate judge (Doc. No. 6) recommending dismissal of this action due to the Plaintiff's failure to prosecute. The Plaintiff has not objected, and the time for doing so has passed.

It is, therefore, **ORDERED** that the magistrate judge's report and recommendation (Doc. No. 6) is **ADOPTED**; and this case is dismissed without prejudice for failure to prosecute.

So **ORDERED** and **SIGNED** this **23** day of **February, 2015.**

_____
Ron Clark, United States District Judge